# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, : | |
| : | |
| **Plaintiff,** : | |
| : | No. 5:25-CV-128 (CAR) |
| v. : | |
| : | |
| ROBERT JOHN CHAMBERLIN; : | |
| STINA M SMITH; UNITED STATES : | |
| OF AMERICA, on behalf of the : | |
| Secretary of Housing and Urban : | |
| Development; and TROY CAPITAL, : | |
| LLC; : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER OF DISMISSAL

On July 15, 2025, the Court ordered Plaintiff Lakeview Loan Servicing, LLC to show cause why its case should not be dismissed for failure to perfect service of process on Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff was given fourteen days from the date of the Order in which to respond. As of the date of this Order, Plaintiff has failed to respond. Therefore, Plaintiff's case is hereby **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

1

**SO ORDERED,** this 4th day of August, 2025.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT