IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00128-CAR |
| | * |
| ROBERT JOHN CHAMBERLIN et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk